UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARL E. WATSON, I, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 23-1156-HLT-GEB |
| | ) |
| JESSICA LEE LECLERC, | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Service by the Marshals Office ("Motion") **(ECF No. 25)**. After thoughtful consideration, the Motion is **DENIED without prejudice to refiling.** On November 15, 2023, the undersigned Magistrate Judge issued a Notice and Order to Show Cause ("OTSC") (ECF NO. 23) ordering Plaintiff to show cause in writing to the Honorable Holly L. Teeter, United States District Judge, on for before November 30, 2023, why this case should not be dismissed with prejudice for lack of prosecution under Fed. R. Civ. P. 41(b) and for Plaintiff's failure to appear as ordered by the Court. Plaintiff neither filed a written response to the OTSC nor requested an extension of time to do so. His failure to timely respond is added to the list of Plaintiff's failures to comply with the undersigned Magistrate Judge's orders. Should Plaintiff's case survive his failure to respond to the OTSC, he may refile his Motion at that time.

**IT IS THEREFORE ORDERED** Plaintiff's Motion for Service by the Marshals Office **(ECF No. 25) is DENIED without prejudice to refiling.**

Dated this 13th day of December , 2023 at Wichita, Kansas.

<u>s/ Gwynne E. Birzer</u>
GWYNNE E. BIRZER
U.S. Magistrate Judge